**FRIEDMAN, JAMES & BUCHSBAUM LLP**
Attorneys for Plaintiff
132 Nassau Street, Suite 900
New York, NY 10038
(212) 233-9385
BF-9219

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

JOHN MINUTILLO,

                Plaintiff,

    -against-

THE CITY OF NEW YORK,

                Defendant.

-------------------------------------------------------X

08 CV-7118 (PAC)(THK)

**AFFIDAVIT
OF PERSONAL SERVICE**

STATE OF NEW YORK  )
                         : SS.:
COUNTY OF NEW YORK)

    I, KAREN KNIGHT, being duly sworn, depose and say:

    I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the 13th day of August, 2008 at 2:18 p.m., I served defendant THE CITY OF NEW YORK, by personally delivering a true copy of the

Summons and Complaint in the above-captioned action upon Docketing Clerk, Amanda Gonzales, a representative of the New York City Law Department duly authorized to accept service, at 100 Church Street, 4th Floor, New York, New York 10007.

The representative acknowledged service by stamping a copy of the documents.

_____
KAREN KNIGHT

Sworn to before me this
13th day of August, 2008

_____
Notary Public

BERNARD D. FRIEDMAN
Notary Public, State of New York
No. 31-4641718
Qualified in New York County
Commission Expires March 30, 20 10